UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| William V. Prior,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>Tri Counties Bank, Placer Foreclosure, Inc., and DOES 1-10, inclusive,<br><br>　　　　　Defendants. | No. 2:13-cv-01776-GEB<br><br><br>ORDER |

　　　　Since this action "aris[es] in or relate[s] to a cause under title 11" of the United States Code, this action is referred to the United States Bankruptcy Court for the Eastern District of California under 28 U.S.C. § 157(a). See U.S. Dist. Ct. for the E.D. Dist. of Cal., General Orders 182 (1985); U.S. Dist. Ct. for the E.D. Dist. of Cal., General Orders 223 (1987).

　　Dated:  September 10, 2013

　　　　　　　　　　　　　　　　　GARLAND E. BURRELL, JR.
　　　　　　　　　　　　　　　　　Senior United States District Judge

1